UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUY MATTIA,

                                        Petitioner,

   -against-

BRIAN FISHER, Commissioner, New York
Dept. of Corrections and LUIS MARSHALL,
Superintendent, Sing Sing Correctional Facility,

                                      Respondents.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 0899 (CBA)

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on November 10, 2009, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, dated April 30, 2008; denying petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254; and ordering that a Certificate of Appealability shall not issue; it is

        ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted; that petitioner's petition for a writ of habeas corpus is denied pursuant to 28 U.S.C. § 2254; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
         November 12, 2009

                                                        /S/
                                            ROBERT C. HEINEMANN
                                            Clerk of Court